ARGO CORPORATION et al., Appellants, v̇ GREATER NEW YORK MUTUAL INSURANCE COMPANY, Respondent.

Submitted October 18, 2004; decided October 21, 2004

Motion by Catholic Health Services of Long Island for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of JOSEPH BRENNER, Appellant, v KENNETH A. DAVIS, as Justice of the Supreme Court of the State of New York, Respondent.

Submitted August 9, 2004; decided October 21, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the petition, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.

QUINTIN XAVIER DRAKEFORD, Appellant, v CITY OF NEW YORK, Respondent.

Submitted August 2, 2004; decided October 21, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.